Dismissed and Memorandum Opinion filed January 7, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00694-CV

____________

 

UNITEX RESOURCES, INC., BRAVE HEART RESOURCES, INC.
and UNITED ENERGY GROUP HOLDINGS, INC., Appellants

 

V.

 

LEONARD GOSS, OLLIE GOSS and MASON PETERSON, Appellees

 



On Appeal from the 129th District Court 

Harris County,
Texas

Trial Court Cause
No. 2008-49289



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 3, 2009. On September 3, 2009, this
court ordered the parties to mediate the case. On December 30, 2009, appellants
filed an agreed motion to dismiss the appeal because they no longer desire to
prosecute their appeal. See Tex. R. App.
P. 42.1. The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Christopher.